THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Benjamin
 Garrick, Appellant.
 
 
 
 
 

Appeal From Dorchester County
Kristi Lea Harrington, Circuit Court Judge

Unpublished Opinion No. 2010-UP-423
 Submitted September 1, 2010  Filed
September 28, 2010

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, for
 Respondent.
 
 
 

PER CURIAM:  Benjamin Garrick appeals his convictions
 for possession with intent to distribute cocaine and possession with intent to
 distribute cocaine within the proximity of a school and concurrent sixteen and
 five year sentences, respectively.  Garrick argues the trial court erred in
 denying his motion for a mistrial.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  State v. White, 371 S.C. 439, 444, 639 S.E.2d 160, 163
 (Ct. App. 2006) ("'The granting of a motion for a mistrial is an extreme
 measure which should be taken only where an incident is so grevious that
 prejudicial effect can be removed in no other way.'") (internal citations
 omitted); State v. Smith, 290 S.C. 393, 395, 350 S.E.2d 923, 924 (1986)
 (holding great care should be exercised when issuing a curative instruction,
 and "[t]he jury should be specifically instructed to disregard the
 evidence, and not to consider it for any purpose during deliberations").
AFFIRMED.
FEW, C.J., HUFF and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.